1  Richard L. Barrett, Esq.    SBN 140747
   THE BARRETT LAW OFFICE
2  3780 Twelfth Street
   Riverside, California 92501
3  Telephone: 951.784.8320
   Facsimile: 951.781.0115
4

5
   Attorney for Debtors, JAVIER PONCE AND RAQUEL PONCE
6

7

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:09-bk-10818-MJ |
| | Chapter 13 |
| JAVIER PONCE and<br>RAQUEL PONCE, | ORDER GRANTING DEBTORS' MOTION TO VALUE LIEN |
| | Date: March 23, 2009<br>Time: 1:30 p.m.<br>Place: United States Bankruptcy Court<br>Courtroom # 302<br>3420 Twelfth Street<br>Riverside, California 92501 |
| Debtors. | |

On the above captioned date and time, the court considered the Debtors' motion to value a junior lien on the Debtors' principal residence. Appearances were entered on the record. Based upon findings of fact and conclusions of law stated on the record pursuant to F.R.Civ.P.52(a)(1), as incorporated into FRBP 7052 and applied to contested matters through FRBP 9014(c), it is

ORDERED that the Debtors' motion be, and the same is hereby, granted; and it is further

ORDERED that second deed of trust lien of Countrywide Home Loans ("Lien") on the real property at 9409 Aegean Drive, Riverside, California 92503 together with the claim of Countrywide Home Loans attributable to such Lien, are determined to be completely unsecured; and it is further

ORDERED that upon completion of all plan payments and entry of a discharge in this case

1 pursuant to 11 U.S.C. § 1328, the Lien will be void and will not constitute an encumbrance on the
2 above described real property; and it is further
3   ORDERED that upon completion of all plan payments and entry of a discharge in this case,
4 Countrywide Home Loans is ordered to reconvey the Deed of Trust and otherwise take such steps
5 as are required to clear title, free of said Lien, as to the above described property; and it is further
6   ORDERED that should this case be dismissed or converted to another chapter under title 11
7 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. § 1328, the
8 Lien shall remain valid.

10 Dated: 4-14-09

_____
MEREDITH A. JURY
United States Bankruptcy Judge

| In re: Javier and Raquel Ponce | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:09-bk-10818-MJ |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) PROPOSED ORDER GRANTING DEBTORS' MOTION TO VALUE LIEN _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        F 9021-1.1

| In re: Javier and Raquel Ponce | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:09-bk-10818-MJ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, California 92501

Richard L. Barrett, Esq.
THE BARRETT LAW OFFICE
3780 Twelfth Street
Riverside, California 92501

Countrywide Home Loans
C T CORPORATION SYSTEM
Attn: Officer or Agent for Service of Process
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

Countrywide Home Loans
Attn: Officer or Agent for Service of Process
450 American Street S
Simi Valley, California 93065

Countrywide Home Loans
Attn: Officer or Agent for Service of Process
4500 PARK GRANADA #11
CALABASAS, CA 91302

Office of the U.S. Trustee
Loring Building
3685 Main Street, Suite 300
Riverside, California 92501

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1