1  J. Scott Bennett, Of Counsel          SBN 123450
   THE BARRETT LAW OFFICE
2  3780 Twelfth Street
   Telephone:   951.784.8320
3  Facsimile:   951.784.8333
                951.781.0115
4

FILED
JUN 01 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

5  Attorney for Debtors, Javier Ponce and Raquel Ponce

7           UNITED STATES BANKRUPTCY COURT
8            CENTRAL DISTRICT OF CALIFORNIA
9                  RIVERSIDE DIVISION

11  In Re:                          )  Case No. 6:09-bk-10818-MJ
12                                  )  Chapter 13
       Ponce, Javier                )
13                                  )
              Debtor                )
14  and                             )  NOTICE OF SUSPENSION AND
                                    )  DISQUALIFICATION TO ACT
15                                  )  AS ATTORNEY AFTER THE
       Ponce, Raquel                )  EFFECTIVE DATE OF
16                                  )  SUSPENSION
              Co-Debtor             )
17                                  )  California Rules of Court, Rule 9.20
                                    )
18                                  )
                                    )
19  _____)

**TO THIS HONORABLE COURT AND ROD DANIELSON, CHAPTER 13 TRUSTEE:**

NOTICE IS HEREBY GIVEN that RICHARD L. BARRETT, a member of the State Bar of California, and counsel of record for Debtors, Javier Ponce and Raquel Ponce, has been suspended from the practice of law for a period of six (6) months effective May 2, 2011.

NOTICE IS FURTHER GIVEN that J. SCOTT BENNETT, Of Counsel with The Barrett Law Office since November 2010, was associated in as counsel on this case prior to the effective date of the suspension of Richard L. Barrett.

NOTICE IS FURTHER GIVEN that all communications directed to RICHARD L. BARRETT may be sent to the following address:

|     |                        |                                                                  |
| --- | ---------------------- | ---------------------------------------------------------------- |
| 1   |                        | Richard L. Barrett                                               |
| 2   |                        | 3780 Twelfth Street                                              |
|     |                        | Riverside, California 92501                                      |

Dated: May 23, 2011

_____
RICHARD L. BARRETT, a member of the
State Bar of California


_____
J. SCOTT BENNETT, Of Counsel
Attorney for Debtors

**PROOF OF SERVICE**

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 3780 Twelfth Street, Riverside, California, 92501.

On  5/31/11 , I served the within document(s) described as:

NOTICE OF SUSPENSION AND DISQUALIFICATION TO ACT AS ATTORNEY AFTER THE EFFECTIVE DATE OF SUSPENSION

on the interested parties in this action as stated on the attached mailing list.

☐ (BY CERTIFIED MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and certified mailing with return receipt requested following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for certified mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Riverside, California, in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is (951)784-8333, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issues by this Firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this Firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  5/31/11  at Riverside, California.

_Chelsea L. Barrett_
(Type or Print name)

_CB_ (Signature)

1

SERVICE LIST

2

3  Rod Danielson
   Chapter 13 Trustee
   4361 Latham Street, Suite 270
4  Riverside, California 92501

5

6  J. Scott Bennett
   3780 Twelfth Street
   Riverside, California 92501
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28